RECEIVED
AUG 2 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 97-60045 |
| VERSUS | JUDGE DOHERTY |
| RONALD JOSEPH FAVORS | MAGISTRATE JUDGE TYNES |

### ORDER

Considering the foregoing Memorandum Ruling:

IT IS HEREBY ORDERED that the "Motion for Downward Departure/Request for Evidentiary Hearing Pursuant to 18 U.S.C. § 3553(e) and U.S.S.G. 5K1.1, 5K2.0 or Rule 35" [Doc. 86], filed on behalf of defendant, shall be and is DENIED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ____29____ day of ____August____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE